AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

JANICE PAYNE )
)
)
)
Plaintiff )
v. ) Civil Action No.
PERALTA COMMUNITY COLLEGE )
DISTRICT; DOES 1 through 10, Inclusive, ) C08-03133
)
Defendant )

E-filing

ADR

BZ

**Summons in a Civil Action**

To: PERALTA COMMUNITY COLLEGE DISTRICT, 333 East 8th Street, Oakland CA 94606

*(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
ANN WINTERMAN, Esq. (SBN 222257)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone: 510/832-5001
Facsimile: 510/832-4787

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: 6/30/08

**CYNTHIA LENAHAN**
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*