| Attorney or Party without Attorney: <br> PAUL L. REIN ESQ, Bar #43053 <br> LAW OFFICES OF PAUL L. REIN <br> 200 LAKESIDE DRIVE, STE A <br> Oakland, CA 94612 <br> Telephone No: 510-832-5001    FAX No: 510-832-4787 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of California | |
| Plaintiff: PAYNE | |
| Defendant: PERALTA COMMUNITY COLLEGE | |

| PROOF OF SERVICE SUMMONS CIVIL/CASE | Hearing Date: | Time: | Dept/Div: | Case Number: C0803133ADRBZ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint, Plaintiffs Certification Of Interested Entities Or Persons, Order Setting Initial Case Management Conference And Adr Deadlines, Standing Orders, Standing Order For All Judges Of The Northern District Of California, Welcome To The Us District Court, Ecf Registration Information Handout, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Consent To Proceed Before A United States Magistrate Judge, Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Consent To Proceed Before A United States Magistrate Judge, Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California

3. a. Party served:           PERALTA COMMUNITY COLLEGE DISTRICT
   b. Person served:          LISA HARRIS, ASSISTANT TO GENERAL COUNSEL

4. Address where the party was served:   DEPARTMENT OF RISK MANAGEMENT
                                         333 EAST 8TH STREET
                                         OAKLAND, CA 94606

5. I served the party:
   b. **by substituted service.** On: Wed., Jul. 02, 2008 at: 11:59AM by leaving the copies with or in the presence of:
      LISA HARRIS, ASSISTANT TO GENERAL COUNSEL
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*               Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. EDWIN M. BLAMA                          d. *The Fee for Service was:*   $60.00



1280 BOULEVARD WAY #205
WALNUT CREEK, CA 94595
(925) 947-3470
FAX (925) 947-3480
WWW.ONEHOUR.NET

   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 690
      (iii) County:          CONTRA COSTA

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Wed, Jul. 02, 2008

                                                                              (EDWIN M. BLAMA)

Judicial Council Form                PROOF OF SERVICE                                                    reinpr.12134
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS CIVIL/CASE

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| PAUL L. REIN ESQ, Bar #43053 <br> LAW OFFICES OF PAUL L. REIN <br> 200 LAKESIDE DRIVE, STE A <br> Oakland, CA 94612 <br> Telephone No: 510-832-5001   FAX No: 510-832-4787 | | | | | |
| Attorney for: Plaintiff | | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of California | | | | | |
| Plaintiff: PAYNE | | | | | |
| Defendant: PERALTA COMMUNITY COLLEGE | | | | | |
| **PROOF OF SERVICE** <br> **By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C0803133ADRBZ | |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case; Complaint, Plaintiffs Certification Of Interested Entities Or Persons, Order Setting Initial Case Management Conference And Adr Deadlines, Standing Orders, Standing Order For All Judges Of The Northern District Of California, Welcome To The Us District Court, Ecf Registration Information Handout, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Consent To Proceed Before A United States Magistrate Judge, Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Consent To Proceed Before A United States Magistrate Judge, Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Wed., Jul. 02, 2008
   b. Place of Mailing:         Walnut Creek, CA 94595
   c. Addressed as follows:     PERALTA COMMUNITY COLLEGE DISTRICT
                                DEPARTMENT OF RISK MANAGEMENT
                                333 EAST 8TH STREET
                                OAKLAND, CA 94606

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Jul. 02, 2008 in the ordinary course of business.

5. *Person Serving:*                                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. VANESSA A. LOPEZ                        d. *The Fee for Service was:*   $60.00
   b. One Hour Delivery Service               e. I am: (3) registered California process server
      1280 Boulevard Way #205                    (i)   Employee
      Walnut Creek, CA 94595                     (ii)  Registration No.:   641
   c. 925-947-1100, FAX 925-947-3480             (iii) County:             CONTRA COSTA

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Wed, Jul. 02, 2008

   Judicial Council Form                    PROOF OF SERVICE                (VANESSA A. LOPEZ)         reinpr.12134
   Rule 2.150.(a)&(b) Rev January 1, 2007       By Mail