LOUIS A. LEONE, ESQ. (SBN: #099874)
CLAUDIA LEED, ESQ. (SBN: # 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
leonel@stubbsleone.com
leedc@stubbsleone.com

Attorneys for Defendant
PERALTA COMMUNITY COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE PAYNE,<br><br>　　　Plaintiff,<br><br>vs.<br><br>PERALTA COMMUNITY COLLLEGE DISTRICT; DOES 1 through 10, inclusive,<br><br>　　　Defendants. | Case No.: C08-03133 BZ<br><br>**DEFENDANT PERALTA COMMUNITY COLLEGE'S ANSWER TO COMPLAINT** |

　　　Defendant, PERALTA COMMUNITY COLLEGE DISTRICT hereby submits the following answer to plaintiff's Complaint.

## I.　　RESPONSE TO INTRODUCTION

　　　1. Answering Paragraph 1 of plaintiff's complaint, Defendant lacks sufficient information as to plaintiff's allegations regarding her disabilities upon which to admit or deny these allegations, and as such, these allegations are denied. Defendant is without sufficient information and belief to determine plaintiff's purpose in bringing this action and as such these allegations are denied. To the extent plaintiff is making legal conclusions as opposed to statements of fact, these allegations are also denied.

Defendant admits that it owns and operates the Laney Campus. As for the balance of the paragraph, Defendant denies each and every allegation contained therein.

2. Answering Paragraph 2, of plaintiff's complaint Defendant denies each and every allegation contained therein.

## II.   RESPONSE TO ALLEGATIONS REGARDING JURISDICTION

3. Answering Paragraphs 3, 4 and 5, of plaintiff's complaint Defendant admits that the Court has jurisdiction over this matter.

## III.   RESPONSE TO ALLEGATIONS REGARDING VENUE

4. Answering Paragraph 6, of plaintiff's complaint Defendant admits that the Northern District is the proper venue for this dispute.

## IV.   RESPONSE TO ALLEGATIONS REGARDING PARTIES

5. Answering Paragraph 7, of plaintiff's complaint, Defendant lacks sufficient information as to plaintiff's allegations regarding her disabilities upon which to admit or deny these allegations, and as such, these allegations are denied. Defendant is without sufficient information and belief to determine plaintiff's purpose in bringing this action and as such these allegations are denied. To the extent plaintiff is making legal conclusions as opposed to statements of fact, these allegations are also denied.

6. Answering Paragraph 8 of plaintiff's complaint, to the extent plaintiff is making legal conclusions as opposed to statements of fact, these allegations are also denied. Defendant further denies that it and/or its employees have discriminated against the plaintiff.

7. Answering Paragraph 9 of plaintiff's complaint, Defendant further denies that it and/or its employees have discriminated against the plaintiff and as such denies any common plan or joint venture to do so.

\\\

## V. RESPONSE TO ALLEGATIONS REGARDING GOVERNMENT CLAIM

8. Answering Paragraph 10 of plaintiff's complaint, Defendant admits that plaintiff filed a Government Claim and that it was denied by operation of law. However, Defendant does not concede that the Claim allegations were timely or that the complaint otherwise conforms with the claim and on that basis, denies the allegations.

## VI. RESPONSE TO ALLEGATIONS REGARDING FACTUAL BASES OF COMPLAINT

9. Answering Paragraph 11, of plaintiff's complaint, Defendant admits that Plaintiff is a student at Laney College. Defendant lacks sufficient information as to plaintiff's allegations regarding her disabilities upon which to admit or deny these allegations, and as such, these allegations are denied. Defendant denies that it has denied plaintiff rights of access to its campus and facilities and otherwise denies that it has discriminated against the plaintiff. To the extent plaintiff is making legal conclusions as opposed to statements of fact, these allegations are also denied. Defendant further denies that it and/or its employees have discriminated against the plaintiff.

9. Answering Paragraphs 11 (A), (B), (C), (D), (E), (F), (G), (H) (I) of plaintiff's complaint, Defendant denies that on every occasion and/or on a daily basis that plaintiff has been denied rights of access to its campus and facilities. The Defendant denies that it has otherwise discriminated against the plaintiff. Defendant further answers that to the extent, if any, access barriers exist within the Laney Campus and to what extent remediation, if any, is necessary is subject to continuing review by the Defendant. Therefore, Defendant denies plaintiff's access and discrimination allegations on that basis. To the extent plaintiff is making legal conclusions as opposed to statements of fact, these allegations are also denied.

10. Answering Paragraph 11 (J) of plaintiff's complaint is without information and belief as to what investigation plaintiff's expert has done regarding the Laney Campus and therefore, on that basis denies the allegation in Paragraph 12. Defendant further answers that to the extent, if any, access barriers exist within the Laney Campus and to

what extent remediation, if any, is necessary is subject to continuing review by the Defendant. Therefore, Defendant denies plaintiff's access and discrimination allegations on that basis. To the extent plaintiff is making legal conclusions as opposed to statements of fact, these allegations are also denied.

11. Answering Paragraph 12 of plaintiff's complaint, Defendant answers that to the extent, if any, access barriers exist within the Laney Campus and to what extent remediation, if any, is necessary is subject to continuing review by the Defendant. Therefore, Defendant denies plaintiff's access and discrimination allegations on that basis. To the extent plaintiff is making legal conclusions as opposed to statements of fact, these allegations are also denied.

12. Answering Paragraph 13 of plaintiff's complaint, Defendants deny each and every allegation contained therein.

## VII.   RESPONSE TO FIRST CAUSE OF ACTION

13. Answering Paragraph 14 of plaintiff's complaint, Defendant hereby incorporates its answers to paragraphs 1 through 13 as though fully stated herein.

14. Answering Paragraph 15 of plaintiff's complaint, this paragraph contains plaintiff's opinions regarding the law and as such is not a factual charging allegation. Therefore, Defendant lacks sufficient information and belief upon which to admit or deny these allegations, and as such, the allegations are denied.

15. Answering Paragraph 16 of plaintiff's complaint, Defendant answers that to the extent, if any, access barriers exist within the Laney Campus and to what extent remediation, if any, is necessary is subject to continuing review by the Defendant. Therefore, Defendant denies plaintiff's access and discrimination allegations on that basis.

16. Answering Paragraph 17 of plaintiff's complaint, Defendant denies each and every allegation contained therein.

17. Answering Paragraph 18 of plaintiff's complaint, Defendant denies each and every allegation contained therein.

18. Answering Paragraph 19 of plaintiff's complaint, Defendant denies that plaintiff is entitled to injunctive relief.

19. Answering Paragraph 20 of plaintiff's complaint, Defendant denies that plaintiff is entitled to damages, costs, expenses and/or attorneys' fees.

### VIII.   RESPONSE TO SECOND CAUSE OF ACTION

20. Answering Paragraph 21 of plaintiff's complaint, Defendant hereby incorporates its answers to paragraphs 1 through 20 as though fully stated herein.

21. Answering Paragraph 22 of plaintiff's complaint, this paragraph contains plaintiff's opinions regarding the law and as such is not a factual charging allegation. Therefore, Defendant lacks sufficient information and belief upon which to admit or deny these allegations, and as such, the allegations are denied. Defendant admits that it is responsible for operating the Laney College Campus and admits that it has received federal funding.

22. Answering Paragraph 23 of plaintiff's complaint, Defendant denies each and every allegation contained therein.

23  Answering Paragraph 24 of plaintiff's complaint, Defendant denies that its facilities, programs and services are inaccessible and as such, Defendant denies that plaintiff or others have suffered irreparable harm.

24. Answering Paragraph 25 of plaintiff's complaint, Defendant denies that plaintiff or others are entitled to injunctive relief requested.

25. Answering Paragraph 26 of plaintiff's complaint, Defendant denies that plaintiff is entitled to damages, costs, expenses and/or attorneys' fees.

\\\

## IX.   RESPONSE TO THIRD CAUSE OF ACTION

26. Answering Paragraph 27 of plaintiff's complaint, Defendant hereby incorporates its answers to paragraphs 1 through 26 as though fully stated herein.

27. Answering Paragraph 28 of plaintiff's complaint, this paragraph contains plaintiff's opinions regarding the law and as such is not a factual charging allegation. Therefore, Defendant lacks sufficient information and belief upon which to admit or deny these allegations, and as such, the allegations are denied.

28. Answering Paragraph 29 of plaintiff's complaint, this paragraph contains plaintiff's opinions regarding the law and as such is not a factual charging allegation. Therefore, Defendant lacks sufficient information and belief upon which to admit or deny these allegations, and as such, the allegations are denied.

29. Answering Paragraph 30 of plaintiff's complaint, Defendant denies each and every allegation contained therein.

30. Answering Paragraph 31 of plaintiff's complaint, this paragraph contains plaintiff's opinions regarding the law and as such is not a factual charging allegation. Therefore, Defendant lacks sufficient information and belief upon which to admit or deny these allegations, and as such, the allegations are denied.

31. Answering Paragraph 32 of plaintiff's complaint, Defendant denies that its facilities, programs and services are inaccessible and as such, Defendant denies that plaintiff or others have suffered irreparable harm.

32. Answering Paragraph 33 of plaintiff's complaint, Defendant denies that its facilities, programs and services are inaccessible and as such, Defendant denies that plaintiff or others are entitled to the relief demanded in said paragraph. To the extent the paragraph contains plaintiff's opinions regarding the law and as such is not a factual charging allegation. Therefore, Defendant lacks sufficient information and belief upon which to admit or deny these allegations, and as such, the allegations are denied.

Defendant further denies that plaintiff is entitled to recover damages as alleged.

33. Answering Paragraph 34 of plaintiff's complaint, Defendant denies that plaintiff is entitled to damages and further denies that it has discriminated against the plaintiff.

34. Answering Paragraph 35 of plaintiff's complaint, Defendant denies that plaintiff is entitled to damages, attorneys' fees, expenses and costs and further denies that it has discriminated against the plaintiff.

## X.   RESPONSE TO FOURTH CAUSE OF ACTION

35. Answering Paragraph 36 of plaintiff's complaint, Defendant hereby incorporates its answers to paragraphs 1 through 35 as though fully stated herein.

36. Answering Paragraph 37 of plaintiff's complaint, this paragraph contains plaintiff's opinions regarding the law and as such is not a factual charging allegation. Therefore, Defendant lacks sufficient information and belief upon which to admit or deny these allegations, and as such, the allegations are denied.

37. Answering Paragraph 38 of plaintiff's complaint, this paragraph contains plaintiff's opinions regarding the law and as such is not a factual charging allegation. Therefore, Defendant lacks sufficient information and belief upon which to admit or deny these allegations, and as such, the allegations are denied.

38. Answering Paragraph 39 of plaintiff's complaint, to the extent this paragraph contains plaintiff's opinions regarding the law and as such is not a factual charging allegation. Therefore, Defendant lacks sufficient information and belief upon which to admit or deny these allegations, and as such, the allegations are denied. Defendant further denies that it has discriminated against the plaintiff and that she is entitled to any relief.

39. Answering Paragraph 40 of plaintiff's complaint, this paragraph contains plaintiff's opinions regarding the law and as such is not a factual charging allegation.

Therefore, Defendant lacks sufficient information and belief upon which to admit or deny these allegations, and as such, the allegations are denied. Defendant denies that it has discriminated against the plaintiff.

40. Answering Paragraph 41 of plaintiff's complaint, Defendant denies that its facilities, programs and services are inaccessible and as such, Defendant denies that plaintiff or others have suffered irreparable harm.

41. Answering Paragraph 42 of plaintiff's complaint, to the extent this paragraph contains plaintiff's opinions regarding the law and as such is not a factual charging allegation. Therefore, Defendant lacks sufficient information and belief upon which to admit or deny these allegations, and as such, the allegations are denied. Defendant further denies that it has discriminated against the plaintiff and that she is entitled to any relief.

42. Answering Paragraph 43 of plaintiff's complaint, Defendant denies that plaintiff is entitled to damages and further denies that it has discriminated against the plaintiff.

43. Answering Paragraph 44 of plaintiff's complaint, Defendant denies that plaintiff is entitled to damages, attorneys' fees, expenses and costs and further denies that it has discriminated against the plaintiff.

## XI. RESPONSE TO FIFTH CAUSE OF ACTION

44. Answering Paragraph 45 of plaintiff's complaint, Defendant hereby incorporates its answers to paragraphs 1 through 44 as though fully stated herein.

45. Answering Paragraph 46 of plaintiff's complaint, Defendant admits the allegations contained therein.

46. Answering Paragraph 47 of plaintiff's complaint, o the extent this paragraph contains plaintiff's opinions regarding the law and as such is not a factual charging allegation. Therefore, Defendant lacks sufficient information and belief upon which to

admit or deny these allegations, and as such, the allegations are denied. Defendant further denies that it has discriminated against the plaintiff and that she is entitled to any relief.

47. Answering Paragraph 48 of plaintiff's complaint, Defendant denies the allegations therein and denies that plaintiff or others are entitled to injunctive relief.

## XII.   RESPONSE TO PRAYER FOR RELIEF

48. Answering Plaintiff's prayer for relief, Defendant denies that plaintiff is entitled to injunctive relied, denies that it has engaged in unlawful policies, practices, acts and omissions, that plaintiff is entitled to have this Court retain jurisdiction, denies that plaintiff is entitled to an award of damages, expenses, costs, prejudgment interest and/or attorneys fees or to other such unspecified relief.

## XIII.   AFFIRMATIVE DEFENSES

49. AS A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT ON FILE HEREIN, Defendant alleges that neither the Complaint nor any of the alleged causes of action therein state facts sufficient to constitute a cause of action.

50. AS A SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT ON FILE HEREIN, Defendant alleges that Plaintiff lacks standing to maintain this action either for him or on behalf of the alleged class of persons he purports to represent and the purported class fails to meet the requirements for class certification or maintenance of a class action.

51. AS A THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT ON FILE HEREIN, Defendant alleges that the Complaint is barred in that the relief sought would require Defendant to alter fundamentally the Defendant's services and programs.

52. AS A FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT ON FILE HEREIN, Defendant alleges that the Complaint is

barred in that the relief sought would place an undue financial and administrative burden or hardship on the Defendant and would require unreasonable modifications to programs and services.

53. AS A FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT ON FILE HEREIN, Defendant alleges that Plaintiff failed to comply with the claim provisions of the California Governmental Code with respect to the timely presentation of a Governmental Claim. Further, Plaintiff's claim, if submitted, differs materially from the allegations contained within the Complaint, and as such, said claims not referenced in the Governmental Claim are barred.

54. AS A SIXTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT ON FILE HEREIN, Defendant alleges that the Complaint is barred in that plaintiff seeks relief under the Civil Code Section 54 allegedly because of acts or omissions of Defendant's employees who are not entities within the meaning of that Section.

55. AS A SEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT ON FILE HEREIN, Defendant alleges that the Complaint is barred because the CITY has a comprehensive system or plan which is effectively providing appropriate services, programs and facilities to plaintiff and any purported class.

56. AS AN EIGHTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT ON FILE HEREIN, Defendant alleges that to the extent that the Complaint alleges entitlement to services or programs that are not being provided, plaintiff has failed to demonstrate, on her own behalf and on behalf of any purported class, eligibility or entitlement to such programs or services.

57. AS A NINTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT ON FILE HEREIN, Defendant alleges that the Complaint, and each and every claim purportedly asserted therein, is barred by the applicable statutes of limitations.

58. AS A TENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT ON FILE HEREIN, Defendant alleges that the Complaint, and each and every claim purportedly asserted therein, is barred in that any recovery on the Complaint, or any purported cause of action alleged therein, is barred because Defendant's conduct was privileged and/or justified.

59. AS AN ELEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT ON FILE HEREIN, Defendant alleges that this Court lacks jurisdiction over the subject matter of this action, which is to compel a reallocation of taxpayer funds within a fixed and limited Defendant budget to favor a few citizens over all other citizens on the basis of recommendations from indefinite and conflicting professional judgments or standards or lay opinions.

60. AS A TWELVTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT ON FILE HEREIN, Defendant alleges that the Complaint is barred because Defendant are not required to make structural changes in existing facilities where other methods are or would be effective to achieve compliance with applicable law.

61. AS A THIRTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT ON FILE HEREIN, Defendant does not have any policy, practice, procedure, regulation or intent to deny any plaintiff or alleged class member any clearly established state or federal statutory or regulatory standard.

62. AS A FOURTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT ON FILE HEREIN, Defendant alleges that the Complaint is barred in that the relief sought would inappropriately mandate the manner in which Defendant allocates public funds in relation to existing programs and services.

63. AS A FIFTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S UNVERIFIED COMPLAINT ON FILE HEREIN Defendant alleges that the Complaint is moot because the Defendant has already taken all necessary steps to comply with all applicable laws.

64. AS A SIXTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT ON FILE HEREIN Defendant alleges that the Complaint is barred in that the relief sought would inappropriately required Defendant to allocate resources, a political judgment, outside the purview of the court's authority.

65. AS A SEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT ON FILE HEREIN Defendant alleges that the Complaint is barred because plaintiffs inappropriately seek to predicate their claims on Defendant's allegedly improper allocation of public funds.

66. AS AN EIGHTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT ON FILE HEREIN Defendant alleges that the complaint is barred because Defendant is not required to make modifications that are structurally impracticable.

67. AS A NINTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT ON FILE HEREIN Defendant alleges that the complaint is barred because Defendant is not required to make the requested modifications to historic structures.

68. AS A TWENTIETH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT ON FILE HEREIN Defendant alleges that the Complaint is barred because plaintiffs have failed to request either reasonable accommodation or auxiliary aid(s) as contemplated by all applicable laws.

69. AS A TWENTY-FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT ON FILE HEREIN Defendant alleges that to the extent the Complaint alleges violations of law, those alleged violations are not the result of the conduct or omissions of Defendant, nor can those alleged violations be attributed to Defendant.

\\\

\\\

\\\

70. AS A TWENTY-SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT ON FILE HEREIN Defendant alleges that the Complaint, and each and every claim purportedly asserted therein, is barred in whole or in part by Plaintiff's failure to mitigate damages.

71. AS A TWENTY-THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S UNVERIFIED COMPLAINT ON FILE HEREIN, Defendant alleges and avers that they are immune from the allegations and causes of action contained within the Plaintiff's Complaint for damages based on the discretionary immunities provisions contained within the California Government Code, including but not limited to Sections 818.8, 820.2, 820.8, 820.9, 821.6, 822.2 and Civil Code § 47.

72. AS A TWENTY-FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S UNVERIFIED COMPLAINT ON FILE HEREIN, Defendant alleges that its' investigation into the issues raised in the Complaint is at the preliminary stages, and therefore Defendant reserves the right to amend its Answer to add further affirmative defenses when such are discovered.

**PRAYER**

WHEREFORE, Defendant prays that Plaintiff takes nothing by his Complaint and that Defendant be dismissed and awarded its costs of suit incurred herein and such other and further relief as the Court deems fit and proper.

Dated: August 8, 2008              **STUBBS & LEONE**

By: _____
CLAUDIA LEED, ESQ.
Attorney for Defendant
PERALTA COMMUNITY COLLEGE DISTRICT