LOUIS A. LEONE, ESQ. (SBN: #099874)
CLAUDIA LEED, ESQ. (SBN: # 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
leonel@stubbsleone.com
leedc@stubbsleone.com

Attorneys for Defendant
PERALTA COMMUNITY COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE PAYNE, | Case No.:  C08-03133 BZ |
| Plaintiff, | **DEFENDANT'S DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE** |
| vs. | |
| PERALTA COMMUNITY COLLLEGE DISTRICT; DOES 1 through 10, inclusive, | |
| Defendants. | |

Defendant PERALTA COMMUNITY COLLEGE DISTRICT hereby declines to

have this matter proceed before Magistrate Judge Bernard Zimmerman.

Dated:  August 8, 2008            **STUBBS & LEONE**

By: _____
      CLAUDIA LEED, ESQ.
      Attorney for Defendant
      PERALTA COMMUNITY COLLEGE DISTRICT