LOUIS A. LEONE, ESQ. (SBN: #099874)
CLAUDIA LEED, ESQ. (SBN: # 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
leonel@stubbsleone.com
leedc@stubbsleone.com

Attorneys for Defendant
PERALTA COMMUNITY COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE PAYNE,<br><br>           Plaintiff,<br><br>vs.<br><br><br>PERALTA COMMUNITY COLLLEGE DISTRICT; DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No.:   C08-03133 BZ<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the names parties there is no such interest to report.

Dated: August _8_, 2008          **STUBBS & LEONE**

                                                By: _____
                                                CLAUDIA LEED, ESQ.
                                                Attorney for Defendant
                                                PERALTA COMMUNITY COLLEGE DISTRICT

---

CERTIFICATION OF INTERESTED ENTITIES                                    C08-03133 BZ

1