IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE PAYNE, | No. C 08-03133 CRB |
|     Plaintiff, | **Clerk's Notice** |
| v. | |
| PERALTA COMMUNITY COLLEGE DISTRICT, | |
|     Defendant.                / | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, October 31, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The case management statement shall be filed on or before October 24, 2008, all other deadlines shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 13, 2008                                         FOR THE COURT,

                                                                           Richard W. Wieking, Clerk

                                                                           By: _____
                                                                                Barbara Espinoza
                                                                                Courtroom Deputy