LOUIS A. LEONE, ESQ. (SBN: #099874)
CLAUDIA LEED, ESQ. (SBN: # 122676)
STUBBS & LEONE
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, California 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601

Attorneys for Defendant
PERALTA COMMUNITY COLLEGE DISTRICT

PAUL L. REIN, ESQ. (SBN: # 43053)
JULIA OSTIL, ESQ. (SBN # 215202)
CELIA McGUINNESS (SBN # 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, California 94612
Telephone: (510) 832-5001
Facsimile: (510) 832-4787

Attorneys for Plaintiff
JANICE PAYNE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE PAYNE,<br><br>Plaintiff,<br><br>vs.<br><br>PERALTA COMMUNITY COLLLEGE DISTRICT; DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No.: C08-03133 CRB**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The parties to the above captioned litigation hereby stipulate by and through their undersigned counsel of record to the following:

\\\


WHEREAS, the Case Management Conference in this matter is scheduled for February 6, 2009.

WHEREAS, the parties are currently scheduled to participate in a Settlement Conference on January 21, 2009 before Magistrate Judge James Larson;

WHEREAS, the January 21, 2009 Settlement Conference does not permit the parties sufficient time to exchange and evaluate settlement proposals regarding the remediation of alleged architectural barriers on the Laney College Campus.

WHEREAS, the parties have requested that Magistrate Judge Larson reschedule the Settlement Conference to February 17, 2009. Magistrate Judge Larson's continuance of the Settlement Conference is contingent on the approval by this Court to a continuance of the Case Management Conference.

WHEREAS, the parties hereby request that the Court continue the February 6, 2009 Case Management Conference to the first available date after February 17, 2009 that also permits the parties to timely file an updated Joint Case Management Conference Statement.

IT IS SO STIPULATED.

Dated: December 12, 2008

STUBBS & LEONE

CLAUDIA LEED, ESQ.
Attorneys for Defendant
PERALTA COMMUNITY COLLEGE DISTRICT

Dated: December 11, 2008

LAW OFFICES OF PAUL L. REIN

PAUL L. REIN, ESQ.
Attorneys for Plaintiff JANICE PAYNE

\\\

## ORDER

Pursuant to the Stipulation of the parties it is hereby ordered that the Case Management Conference in this matter be continued to Feb. 27, 2009 at 8:30 a.m.

IT IS SO ORDRED:

Dated: December 12, 2008



CHARLES R. BREYER
DISTRICT JUDGE