**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANICE PAYNE,

    Plaintiff,                                          No. C 08-03133 CRB

  v.                                                                    **ORDER**

PERALTA COMMUNITY COLLEGE DISTRICT,

    Defendant.
_____/

The case management conference currently on calendar for February 27, 2009 is hereby rescheduled to April 10, 2009 at 8:30 a.m. All discovery is stayed pending order of the Court.

**IT IS SO ORDERED.**

Dated: February 20, 2009

                                        CHARLES R. BREYER
                                        UNITED STATES DISTRICT JUDGE