IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANICE PAYNE,

    Plaintiff,

v.

PERALTA COMMUNITY COLLEGE DISTRICT,

    Defendant.

No. C 08-03133 CRB

**ORDER**

A case management conference in this matter was held on April 10, 2009. The Court hereby orders the following:

1. Defendant is ordered to produce its raw data on the physical specifications of the site by April 17, 2009.
2. Plaintiff is entitled, upon reasonable notice, to conduct an independent site inspection to the extent such inspection falls within the ambit of her lawsuit.
3. All other discovery is stayed.
4. Within ninety days, Defendant is ordered to submit to the Court a timetable detailing the implementation of its remediation project.
5. The parties may return to Magistrate Judge Larson for further settlement.

///

6.    A further case management conference will be held on October 2, 2009, at 8:30 a.m.

**IT IS SO ORDERED.**

Dated:  April 10, 2009

CHARLES R. BREYER  
UNITED STATES DISTRICT JUDGE