PAUL L. REIN, ESQ. (SBN: # 43053)
CELIA McGUINNESS (SBN # 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, California 94612
Telephone: (510) 832-5001
Facsimile: (510) 974-8601
E-mail: cmcguinness@reinlawoffice.com

JULIE A. OSTIL, ESQ. (SBN # 215202)
LAW OFFICE OF JULIE A. OSTIL
2010 Crow Canyon Place, Suite 100
San Ramon, CA 94583
Telephone: (925) 265-8257
Facsmile: (925) 905-5328
Email: jostil@ostillaw.com

Attorneys for Plaintiff
JANICE PAYNE

LOUIS A. LEONE, ESQ. (SBN: #099874)
CLAUDIA LEED, ESQ. (SBN: # 122676)
STUBBS & LEONE
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, California 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
E-mail: leonel@stubbsleone.com
leedc@stubbsleone.com

Attorneys for Defendant
PERALTA COMMUNITY COLLEGE DISTRICT

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |
| JANICE PAYNE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br><br>PERALTA COMMUNITY<br>COLLLEGE DISTRICT; DOES 1<br>through 10, inclusive,<br><br>　　　　Defendants. | Case No.:　C08-03133 CRB<br><br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE<br>FURTHER CASE MANAGEMENT<br>CONFERENCE**<br><br>**Date:　January 8, 2010<br>Time:　8:30 a.m.<br>Courtroom: 8, 19th Floor<br>Honorable Charles R. Breyer** |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JANICE PAYNE,

　　　　Plaintiff,

　vs.

PERALTA COMMUNITY COLLLEGE DISTRICT; DOES 1 through 10, inclusive,

　　　　Defendants.

Case No.:　C08-03133 CRB

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**

Date:　January 8, 2010
Time:　8:30 a.m.
Courtroom: 8, 19th Floor
Honorable Charles R. Breyer

　　　All parties hereby stipulate and request that this Court continue the Further Case Management conference currently scheduled for January 8, 2010, until approximately six weeks after the currently scheduled date, on a date convenient to the Court's calendar.  Good cause exists for the continuance:

　　　All parties are currently engaged in extensive settlement discussions regarding the injunctive relief at this community college campus.  Because of the scope of the corrective work, the discussions are necessarily lengthy and detailed. The parties continue to make substantive progress under the supervision of Magistrate Judge James Larson, who has scheduled a follow-up date with the parties for further settlement discussions.

　　　At this time, holding a Case Management Conference, with the necessity of preparing a Case Management Conference Statement and appearing in court, would increase the attorney fees in this action without increasing the likelihood of settling the case.

---

Stipulation and [Proposed] Order to Continue Case Management Conference:
Case No.:　C08-03133 CRB

2

Therefore, it is the request of all parties that the Court continue the case management conference six weeks, from January 8, 2010 until a date convenient to the court's calendar approximately six weeks after the currently scheduled date.

IT IS SO STIPULATED.

DATED:   December 31, 2009

                                        LAW OFFICES OF PAUL REIN
                                        LAW OFFICES OF JULIE OSTIL


                                      By: /s/ Julie Ostil
                                            JULIE A. OSTIL
                                            Attorneys for Plaintiff
                                            JANICE PAYNE


DATED:  December 31, 2009            STUBBS & LEONE


                                        By:  /s/ Claudia Leed
                                            CLAUDIA LEED, ESQ.
                                            Attorneys for Defendant
                                            PERALATA COMMUNITY
                                            COLLEGE DISTRICT

///

///

///

# **ORDER**

Pursuant to stipulation, and for good cause shown, the Case Management Conference Scheduled for January 8, 2010 is hereby continued to _____ February 19 ____, 2010, with an updated Joint Case Management Conference Statement due on _____, 2010.

IT IS SO ORDERED.

Dated: _Jan. 5, 2010_____

_____
HON. 
UNITED
JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

---

Stipulation and [Proposed] Order to Continue Case Management Conference:
Case No.: C08-03133 CRB

4