LOUIS A. LEONE, ESQ. (SBN: #099874)
CLAUDIA LEED, ESQ. (SBN: # 122676)
STUBBS & LEONE
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, California 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601

Attorneys for Defendant
PERALTA COMMUNITY COLLEGE DISTRICT

PAUL L. REIN, ESQ. (SBN: # 43053)
JULIA OSTIL, ESQ. (SBN # 215202)
CELIA McGUINNESS (SBN # 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, California 94612
Telephone: (510) 832-5001
Facsimile: (510) 832-4787

Attorneys for Plaintiff
JANICE PAYNE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE PAYNE,<br><br>Plaintiff,<br><br>vs.<br><br>PERALTA COMMUNITY COLLLEGE DISTRICT; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: C08-03133 CRB (JL)<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date: February 19, 2010<br>Time: 8:30 a.m.<br>Courtroom: Honorable Charles R. Breyer |

The parties to the above captioned litigation hereby stipulate by and through their undersigned counsel of record to the following:

\\\

---

STIPULATION AND PROPOSED ORDER CONTINUING CASE MANAGEMENT
CONFERENCE

C-08-03113 CRB

1

| | |
|---|---|
| 1 | WHEREAS, the Case Management Conference in this matter is scheduled for |
| 2 | February 19, 2010. |
| 3 | WHEREAS, the parties participated in a Settlement Conference on December |
| 4 | 18, 2010 before Magistrate Judge James Larson. The parties made substantial |
| 5 | progress towards the settlement of the injunctive relief part of the case on December |
| 6 | 18, 2010. However due to the complexity of the injunctive relief issues in the case, |
| 7 | counsel and their retained experts require additional time to meet in to resolve |
| 8 | remaining issues regarding injunctive relief. |
| 9 | WHEREAS, the parties have requested that Magistrate Judge Larson schedule |
| 10 | an additional Settlement Conference in March or April of 2010. A tentative date for the |
| 11 | settlement conference has been scheduled for March 17, 2010 pending confirmation of |
| 12 | availability of Peralta District officials. An alternative date for the Settlement Conference |
| 13 | is April 27, 2010 although the parties prefer to secure the March 17, 2010 date. |
| 14 | WHEREAS, the parties hereby request that the Court continue the February 19, |
| 15 | 2010 Case Management Conference to the first available date after May 3, 2010. |
| 16 | GOOD CAUSE exists to request the continuance on grounds that the parties are |
| 17 | actively negotiating settlement, continue to remain cooperative in the exchange of |
| 18 | information and believe that a continuance of the Case Management Conference will |
| 19 | conserve attorney's fees and court resources. |
| 20 | IT IS SO STIPULATED. |
| 21 | Dated: February 12, 2010    **STUBBS & LEONE** |
| 22 | |
| 23 | |
| 24 | CLAUDIA LEED, ESQ. |
| 25 | Attorneys for Defendant PERALTA COMMUNITY COLLEGE DISTRICT |
| 26 | \\\ |
| 27 | \\\ |
| 28 | \\\ |

Dated: February 11, 2010        LAW OFFICES OF PAUL L. REIN

_____
CELIA McGUINNESS, ESQ.
Attorneys for Plaintiff JANICE PAYNE

ORDER

Pursuant to the Stipulation of the parties it is hereby ordered that the Case Management Conference in this matter be continued to _May 7, 2010 at 8:30_.

IT IS SO ORDRED:

Dated: February 17, 2010

_____
CHARLES R. BREYER
DISTRICT JUDGE



IT IS SO ORDERED
Judge Charles R. Breyer