*E-Filed 4/7/10*

LOUIS A. LEONE, ESQ. (SBN: #099874)
CLAUDIA LEED, ESQ. (SBN: # 122676)
STUBBS & LEONE
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, California  94596
Telephone:   (925) 974-8600
Facsimile:     (925) 974-8601

Attorneys for Defendant
PERALTA COMMUNITY COLLEGE DISTRICT

PAUL L. REIN, ESQ. (SBN: # 43053)
JULIA OSTIL, ESQ. (SBN # 215202)
CELIA McGUINNESS (SBN # 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, California 94612
Telephone:   (510) 832-5001
Facsimile:     (510) 832-4787

Attorneys for Plaintiff
JANICE PAYNE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE PAYNE,<br><br>             Plaintiff,<br><br>      vs.<br><br><br>PERALTA COMMUNITY COLLLEGE DISTRICT; DOES 1 through 10, inclusive,<br><br>             Defendants. | **Case No.:   C08-03133 RS**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT STATEMENT** |

The parties to the above captioned litigation hereby stipulate by and through their undersigned counsel of record to the following:

\\\

___

STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE                                    C-08-03113 RS

1

1  WHEREAS, the Reassignment Order in this case was issued on March 18, 2010
2  and required the filing of a Joint Case Management Statement within 15 days, i.e. no
3  later than April 2, 2010.

4  WHEREAS, defense counsel Claudia Leed was called out of town due to a family
5  emergency on April 2, 2010.

6  WHEREAS, Ms. Leed is currently in New York until at least Friday, April 9 due to
7  a serious family illness and probable death;

8  WHEREAS, Ms. Leed has been defendant's lead counsel from the inception of
9  this case and has knowledge necessary for inclusion in the Joint Statement that no
10 other attorney from her firm has.

11 THERFORE, it is the request of all parties that the Court continue the filing
12 deadline for the Joint Statement to and through Friday, April 16, 2010.

13 IT IS SO STIPULATED.

14 Dated: April 7, 2010                    **STUBBS & LEONE**

                                          /s/ Louis Leone_____
                                          LOUIS LEONE, ESQ.
                                          Attorneys for Defendant
                                          PERALTA COMMUNITY COLLEGE DISTRICT

Dated: April 7, 2010                      **LAW OFFICES OF PAUL L. REIN**

                                          /s/ Julie Ostil_____
                                          JULIE OSTIL, ESQ.
                                          Attorneys for Plaintiff JANICE PAYNE

_____
STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT                C-08-03113 RS
CONFERENCE
                                        2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the Stipulation of the parties it is hereby ordered that the Joint Case Management Statement filing deadline is continued to April 16, 2010.

IT IS SO ORDRED:

Dated: April _7_, 2010

_____
RICHARD SEEBORG
DISTRICT JUDGE