LOUIS A. LEONE, ESQ. (SBN: #099874)
CLAUDIA LEED, ESQ. (SBN: # 122676)
STUBBS & LEONE
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, California  94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601

Attorneys for Defendant
PERALTA COMMUNITY COLLEGE DISTRICT

PAUL L. REIN, ESQ. (SBN: # 43053)
JULIA OSTIL, ESQ. (SBN # 215202)
CELIA McGUINNESS (SBN # 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, California 94612
Telephone:   (510) 832-5001
Facsimile:    (510) 832-4787

Attorneys for Plaintiff
JANICE PAYNE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE PAYNE,<br><br>              Plaintiff,<br><br>     vs.<br><br><br>PERALTA COMMUNITY COLLLEGE DISTRICT; DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No.:   C08-03133 RS (JL)<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO SCHEDULE SETTLEMENT CONFERENCE**<br><br>Date: May 5, 2010<br>Time: 2:00 p.m.<br>Courtroom:  Honorable James Larson |

The parties to the above captioned litigation hereby stipulate by and through their undersigned counsel of record to the following:

\\\

---

STIPULATION AND PROPOSED ORDER RE: SETTLEMENT CONFERENCE                                C-08-03113 RS

1

1  The parties hereby request that the Court schedule a continued Settlement
2  Conference for May 5, 2010 at 2:00 p.m.
3  IT IS SO STIPULATED.

4  Dated: May __, 2010                    **STUBBS & LEONE**

_____/S/_____
CLAUDIA LEED, ESQ.
Attorneys for Defendant
PERALTA COMMUNITY
COLLEGE DISTRICT

10 Dated: May___, 2010                    **LAW OFFICES OF PAUL L. REIN**

_____/S/_____
CELIA McGUINNESS, ESQ.
Attorneys for Plaintiff JANICE PAYNE

## ORDER

Pursuant to the Stipulation of the parties it is hereby ordered that the continued Settlement Conference in this matter is to be held on May 5, 2010 at 2:00 p.m.

IT IS SO ORDRED:

April 27, 2010
Dated: ~~May___ 2010~~                   _____/s/ James Larson_____
JAMES LARSON
MAGISTRATE JUDGE