| | |
|---|---|
| 1 | LOUIS A. LEONE, ESQ. (SBN: #099874) |
| 2 | CLAUDIA LEED, ESQ. (SBN: # 122676) |
| | STUBBS & LEONE |
| 3 | A Professional Corporation |
| | 2175 N. California Blvd., Suite 900 |
| 4 | Walnut Creek, California  94596 |
| 5 | Telephone:    (925) 974-8600 |
| | Facsimile:    (925) 974-8601 |
| 6 | |
| 7 | Attorneys for Defendant |
| | PERALTA COMMUNITY COLLEGE DISTRICT |
| 8 | |
| 9 | PAUL L. REIN, ESQ. (SBN: # 43053) |
| | JULIA OSTIL, ESQ. (SBN # 215202) |
| 10 | CELIA McGUINNESS (SBN # 159420) |
| | LAW OFFICES OF PAUL L. REIN |
| 11 | 200 Lakeside Drive, Suite A |
| | Oakland, California 94612 |
| 12 | Telephone:    (510) 832-5001 |
| 13 | Facsimile:    (510) 832-4787 |
| 14 | Attorneys for Plaintiff |
| | JANICE PAYNE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANICE PAYNE, | | Case No.:   C08-03133 RS (JL) |
| | Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER TO SCHEDULE SETTLEMENT CONFERENCE |
| vs. | | |
| PERALTA COMMUNITY COLLLEGE DISTRICT; DOES 1 through 10, inclusive, | | Date: August 31, 2010
Time: 2:00 p.m.
Courtroom:  Honorable James Larson |
| | Defendants. | |

The parties to the above captioned litigation hereby stipulate by and through their undersigned counsel of record to the following:

\\\

---

STIPULATION AND PROPOSED ORDER RE: SETTLEMENT CONFERENCE        C-08-03113 RS (JL)

1

1  The parties hereby request that the Court schedule a continued Settlement
2  Conference for August 31, 2010 at 2:00 p.m.
3      IT IS SO STIPULATED.
4  Dated: June 15, 2010          **STUBBS & LEONE**

/S/
CLAUDIA LEED, ESQ.
Attorneys for Defendant
PERALTA COMMUNITY
COLLEGE DISTRICT

Dated: June 15, 2010          **LAW OFFICES OF PAUL L. REIN**

/S/
CELIA McGUINNESS, ESQ.
Attorneys for Plaintiff JANICE PAYNE

## ORDER

Pursuant to the Stipulation of the parties it is hereby ordered that the continued Settlement Conference in this matter is to be held on August 31, 2010 at 2:00 p.m.

    IT IS SO ORDRED:

Dated: June 21 2010

JAMES LARSON
MAGISTRATE JUDGE