*E-Filed 7/1/10*

LOUIS A. LEONE, ESQ. (SBN: #099874)
CLAUDIA LEED, ESQ. (SBN: # 122676)
STUBBS & LEONE
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, California  94596
Telephone:   (925) 974-8600
Facsimile:     (925) 974-8601

Attorneys for Defendant
PERALTA COMMUNITY COLLEGE DISTRICT

PAUL L. REIN, ESQ. (SBN: # 43053)
JULIA OSTIL, ESQ. (SBN # 215202)
CELIA McGUINNESS (SBN # 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, California 94612
Telephone:   (510) 832-5001
Facsimile:     (510) 832-4787

Attorneys for Plaintiff
JANICE PAYNE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE PAYNE,<br><br>              Plaintiff,<br><br>     vs.<br><br><br>PERALTA COMMUNITY COLLLEGE DISTRICT; DOES 1 through 10, inclusive,<br><br>              Defendants. | **Case No.:   C08-03133 RS**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The parties to the above captioned litigation hereby stipulate by and through their undersigned counsel of record to the following:

\\\

---

STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE                                                                    C-08-03113 RS

1

1  WHEREAS, the Case Management Conference in this matter is scheduled for
2  July 1, 2010.
3  WHEREAS, the parties are currently scheduled to participate in a Settlement
4  Conference on August 5, 2010 before Magistrate Judge James Larson;
5  WHEREAS, the parties hereby request that the Court continue the July 1, 2010
6  Case Management Conference to September 23, 2010 at 10:00 a.m.
7  IT IS SO STIPULATED.

Dated:  June 30, 2010          **STUBBS & LEONE**

_____/S/_____
CLAUDIA LEED, ESQ.
Attorneys for Defendant
PERALTA COMMUNITY COLLEGE DISTRICT

Dated:  June 30, 2010          **LAW OFFICES OF PAUL L. REIN**

_____/S/_____
CELIA McGUINESS, ESQ.
Attorneys for Plaintiff JANICE PAYNE

**ORDER**

Pursuant to the Stipulation of the parties it is hereby ordered that the Case Management Conference in this matter be continued to __10/7/10 @ 10:00 a.m.__.

IT IS SO ORDRED:

Dated: July__1__, 2010          _____
RICHARD SEEBORG DISTRICT JUDGE